IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Czerniejewski, Gloria

Printed: 7/15/08

Case Number: 05 B 63941
Judge: Wedoff, Eugene R
Filed: 12/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 29, 2008
Confirmed: February 2, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 38,374.97 |  |
| Secured: |  | 34,369.47 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,009.40 |
| Trustee Fee: |  | 1,996.10 |
| Other Funds: |  | 0.00 |
| Totals: | 38,374.97 | 38,374.97 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,009.40 | 2,009.40 |
| 2. | Countrywide Home Loans Inc. | Secured | 51,588.57 | 32,352.06 |
| 3. | City of Berwyn | Secured | 419.94 | 220.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 13,370.00 | 1,797.41 |
| 5. | Nicor Gas | Unsecured | 2,910.78 | 0.00 |
| 6. | Ameritech | Unsecured | | No Claim Filed |
| 7. | Columbia Grant Hospital | Unsecured | | No Claim Filed |
| 8. | MidTown Physicians SC. | Unsecured | | No Claim Filed |
| 9. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 10. | Radiology Consultants Ltd | Unsecured | | No Claim Filed |
| 11. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 12. | Genesis Clinical Services | Unsecured | | No Claim Filed |
| | | | $ 70,298.69 | $ 36,378.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 566.64 |
| 5% | 302.56 |
| 4.8% | 497.93 |
| 5.4% | 628.97 |
| | $ 1,996.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Czerniejewski, Gloria | Case Number:  05 B 63941 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/15/08 | Filed:  12/13/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

